IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CR-27-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TRAVIS SENTAL BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

On November 3, 2009, after granting the government's motion under U.S.S.G. § 5K1.1 and considering the entire record, this court sentenced Travis Sental Brown ("Brown") to 108 months' imprisonment for possession with intent to distribute more than five grams of crack cocaine in violation of 21 U.S.C. § 841(a)(1). See [D.E. 35, 36]. Brown's total offense level was 31, his criminal history score was IV, and his advisory guideline range was 151 to 188 months.

On September 12, 2014, Brown moved for a sentence reduction under 18 U.S.C. § 3582(c)(2), U.S.S.G. § 1B1.10(c), and U.S.S.G. Amendment 782. See [D.E. 44]. Brown's amended total offense level is 29, his criminal history category is IV, and his advisory guideline range is 121 to 151 months.

The court has considered the entire record and recognizes its discretion to reduce Brown's sentence. See, e.g., United States v. Thomas, 546 F. App'x 225, 225–26 (4th Cir. 2013) (per curiam) (unpublished); United States v. Perez, 536 F. App'x 321, 321 (4th Cir. 2013) (per curiam) (unpublished); United States v. Smalls, 720 F.3d 193, 195–97 (4th Cir. 2013); United States v. Stewart, 595 F.3d 197, 200 (4th Cir. 2010). Brown is a recidivist drug dealer who received a sentence that was sufficient but not greater than necessary in 2009. Having (again) reviewed the

entire record, the court continues to believe that Brown received the sentence that was sufficient but not greater than necessary under 18 U.S.C. § 3553(a). See, e.g., Thomas, 546 F. App'x at 225–26; Perez, 536 F. App'x at 321.

In sum, Brown's motion for a sentence reduction [D.E. 44] is DENIED.

SO ORDERED. This 15 day of July 2015.

JAMES C. DEVER III
Chief United States District Judge